IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY BUSH,

    Plaintiff,

Civil No. 2:14-CV-12547

v.

CAROLYN W. COLVIN,    DISTRICT JUDGE CLELAND
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

           s/Robert H. Cleland
           ROBERT H. CLELAND
           United States District Judge

Dated: October 29, 2014